## Synopsis

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2014 OCT 29 A 10: 34
DEPUTY CLERK

| | |
|---|---|
| Name: | Albert C. Marcheterre |
| Address: (City & State Only) | Eden, Vermont |
| Year of Birth and Age: | 1958; 56 |
| Violations: | Count 1: Unlawful Flight to Avoid Prosecution. 18 U.S.C. §1073. |
| Penalties: | Count 1: Class E Felony. Not more than 5 year imprisonment and/or not more than a $250,000 fine. 18 U.S.C. §§1073, 3559, 3571. |
| Supervised Release: | Count 1: Not more than 1 year. 18 U.S.C. §3583(b)(3). |
| Maximum Term of Imprisonment for Violation of Supervised Release: | Count 1: Not more than 1 year. 18 U.S.C. §3583(e)(3). |
| Maximum Add'l Term of Supervised Release for Violation of Supervised Release: | Count 1: Not more than 1 year less any term of imprisonment imposed on the violation. 18 U.S.C. §3583(h). |
| Defendant's Attorney: | Not yet known |
| Primary Investigative Agency and Case Agent Name: | FBI, Special Agent James McCarty |
| Detention Status: | Not in custody; warrant to issue |
| Foreign National: | No |
| Foreign Consular Notification Provided: | N/A |
| County: | Aroostook (Houlton) |
| AUSA: | CR |
| Guidelines apply?  Y/N | Yes |
| Victim Case: | No |
| Corporate Victims Owed Restitution? Y/N | No |
| Assessments: | $100 per count of conviction |

## Related Case Sheet (Not For Publication)

| | |
|---|---|
| Name of Case: | United States v. Albert C. Marcheterre |
| Is this defendant a current or former member of any bar? Y/N | No |
| Caption of any related case(s): | N/A |
| Caption of any related search warrant(s): | None |
| Target letter sent to this person resulting in appointment of counsel? Y/N | No |