**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Magistrate Case No. 1:14-MJ-00180-JCN** |
| | ) | |
| **ALBERT C. MARCHETERRE** | ) | |

**GOVERNMENT'S MOTION TO DISMISS COMPLAINT**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Government hereby moves to dismiss the complaint pending against the defendant without prejudice.  The warrant in this case was secured in order to assist the State of Maine in the location and apprehension of the defendant.  The Government has learned that the defendant was arrested on November 2, 2014, and will be turned over to state authorities for extradition.

Respectfully submitted,

THOMAS E. DELAHANTY II
United States Attorney

By: /s/ Chris Ruge

Chris Ruge
Assistant U.S. Attorney

Date:  November 4, 2014